## SUPERIOR COURT

Charles J. Connors
vs.                    } WCAPetNo491
Union Wadding Co.

### RESCRIPT.

December 13, 1924

TANNER, P. J. In view of the contradictory statements made by the petitioner as to the cause and time of the accident, we are unable to say that he has sustained the burden of proof cast upon him and therefore feel obliged to deny the petition.

For petitioner: Fitzgerald & Higgins, W. V. Moriarty.

For respondent: Ralph T. Barnefield.